

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA          :     ORDER

        - v. -                    :     07 Cr. 1148

PHILIP WONG,                      :

            Defendant.            :

- - - - - - - - - - - - - - - - - -x
```

Upon the application of the United States of America by Steven D. Feldman, Assistant United States Attorney; it is hereby ORDERED that the Indictment in this matter be unsealed, and the case be wheeled out to a district court judge.

Dated:  New York, New York
        February 13, 2008

_____
HONORABLE GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 13 2008