U.S. Department of Justice



United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007



April 28, 2008

4/28/08
OK
[signature]

Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

    RE: **United States v. Philip Wong,**
        07 Cr. 1148 (CM)

Dear Judge McMahon:

    Pursuant to my conversation with your Chambers, the next conference in this matter has been set for May 23, [22] 2008 at 9:45 a.m.

    The Government respectfully requests that the time between now and May 23, [22] 2008 be excluded from calculation under the Speedy Trial Act in the interest of justice pursuant to 18 U.S.C. § 3161(h)(8)(A), to permit the parties to continue plea negotiations in hopes of reaching a disposition without a trial. Hugh Mundy, Esq., counsel for the defendant, has no objection to this request.

    Respectfully submitted,

    MICHAEL J. GARCIA
    United States Attorney
    Southern District of New York

By: [signature]
    Steven D. Feldman
    Assistant United States Attorney
    (212) 637-2484

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/29/08

cc: Hugh Mundy, Esq.